UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:12CR248

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER TERMINATING |
| v. ) | SUPERVISED RELEASE |
| ) | |
| JULIUS WILKINS, ) | |
| ) | |
| Defendant. ) | |

UPON MOTION of the Defendant JULIUS WILKINS, with the consent and support of the United States Probation Office, Defendant's term of supervised release is hereby terminated, effective October 15, 2014.

IT IS SO ORDERED.

FRANK D. WHITNEY
CHIEF UNITED STATES DISTRICT JUDGE